*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

File #: **2017-539**

Name of Decedent: **Garrett Blake Metacarpa**  Date of Death: **April 15, 2016**

Domicile of Decedent: **City of Albany**

Fiduciary Appointed: **Christy Metacarpa**  **Robert Metacarpa**
Mailing Address 103 West Links   103 West Links
Williamsburg VA  23188   Williamsburg VA  23188

Letters Issued:  **LETTERS OF ADMINISTRATION WITH LIMITATIONS**

Limitations:  **PRIOR TO MAKING ANY DISTRIBUTION OF PROCEEDS OF A WRONGFUL DEATH PROCEEDING, THE FIDUCIARY SHALL APPLY TO A COURT OF COMPETENT JURISDICTION PURSUANT TO EPTL 5-4.6 AND OBTAIN JURISDICTION OVER ALL NECESSARY ESTATE PARTIES FOR AN ORDER APPROVING SUCH DISTRIBUTION.**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: June 1, 2017

IN TESTIMONY WHEREOF, the seal of the Albany County Surrogate's Court has been affixed.

WITNESS, Hon Stacy L. Pettit, Judge of the Albany County Surrogate's Court.

_____
Hon. Stacy L. Pettit

*These Letters are Not Valid Without the Raised Seal of the Albany County Surrogate's Court*

Attorney:
**Michael McDonough**
**Egan Flanagan And Cohen**
67 Market Street P.O. Box 9035
Springfield MA  01102

Certificate# 39275

# Surrogate's Court of the State of New York
# Albany County
## Certificate of Appointment of Administrators

File #: 2017-539

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | | |
|---|---|---|---|
| Name of Decedent: | **Garrett Blake Metacarpa** | Date of Death: | **April 15, 2016** |
| Domicile: | **City of Albany** | | |
| Fiduciary Appointed:<br>Mailing Address: | **Christy Metacarpa**<br>103 West Links<br>Williamsburg VA  23188 | | **Robert Metacarpa**<br>103 West Links<br>Williamsburg VA  23188 |

Type of Letters Issued:   **LETTERS OF ADMINISTRATION WITH LIMITATIONS**

Letters Issued On:   **June 1, 2017**

**Limitations:**  PRIOR TO MAKING ANY DISTRIBUTION OF PROCEEDS OF A WRONGFUL DEATH PROCEEDING, THE FIDUCIARY SHALL APPLY TO A COURT OF COMPETENT JURISDICTION PURSUANT TO EPTL 5-4.6 AND OBTAIN JURISDICTION OVER ALL NECESSARY ESTATE PARTIES FOR AN ORDER APPROVING SUCH DISTRIBUTION.

and such Letters are unrevoked and in full force as of this date.

**Dated: June 2, 2017**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Albany County Surrogate's Court at Albany, New York.

WITNESS, Hon. Stacy L. Pettit, Judge of the Albany County Surrogate's Court.

*Deborah S. Kearns*

Deborah S. Kearns, Esq., Chief Clerk
Albany County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Albany County Surrogate's Court*

At a Surrogate's Court of the State of New York held in and for the County of Albany at Albany, New York.

PRESENT: Hon. Stacy L. Pettit, Surrogate

| Administration Proceeding, Estate of<br>Garrett Blake Metacarpa | DECREE GRANTING<br>ADMINISTRATION<br>WITH LIMITATIONS<br>File No. 2017-539 |
|---|---|
| Deceased. | |

A verified petition having been filed by Christy Metacarpa and Robert Metacarpa praying that administration of the goods, chattels and credits of the above-named decedent be granted to Christy Metacarpa and Robert Metacarpa and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Christy Metacarpa and Robert Metacarpa are in all respects competent to act as administrators of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Christy Metacarpa and Robert Metacarpa upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrators be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions:   PRIOR TO MAKING ANY DISTRIBUTION OF PROCEEDS OF A WRONGFUL DEATH PROCEEDING, THE FIDUCIARY SHALL APPLY TO A COURT OF COMPETENT JURISDICTION PURSUANT TO EPTL 5-4.6 AND OBTAIN JURISDICTION OVER ALL NECESSARY ESTATE PARTIES FOR AN ORDER APPROVING SUCH DISTRIBUTION.

DATED: June 1, 2017

_____<br>Stacy L. Pettit<br>Surrogate

2017 JUN -1 PM 4:28

FILED
SURROGATE'S COURT
ALBANY COUNTY

At a Surrogate's Court of the State of New York held in and for the County of Albany at Albany, New York.

PRESENT: Honorable Stacy L. Pettit, Surrogate

In the Matter of the Estate of
**Garrett Blake Metacarpa**

Decedent.

**Memorandum Decision**

File# 2017-539

The application for Letters of Administration is granted as requested.

Decree signed.

Dated: June 1, 2017

_____
Stacy L. Pettit, Surrogate
Albany County Surrogate's Court

2017 JUN -1 PM 4:28
ALBANY COUNTY
SURROGATE'S COURT
FILED